# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

JANET MARCELL LEE,                  )
                                    )
    Plaintiff,              )
                                    )    No. 3:12-cv-00506
v.                                  )
                                    )    Judge Nixon
CAROLYN W. COLVIN,                  )    Magistrate Judge Brown
Commissioner of Social Security,    )
                                    )
    Defendant.              )

## ORDER

Pending before the Court is Plaintiff Janet Marcell Lee's Motion for Judgment on the

Administrative Record ("Motion") (Doc. No. 11), filed with a Brief in Support (Doc. No. 11-1).

Defendant Commissioner of Social Security filed a Response. (Doc. No. 16.) Subsequently,

Magistrate Judge Brown issued a Report and Recommendation ("Report") recommending that the

Motion be denied and that the decision of the Commissioner be affirmed. (Doc. No. 24 at 24.) The

Report was filed on August 13, 2013, and provided for a period of fourteen days during which

either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it

in its entirety. Accordingly, the Court **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of

the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the ___9___ day of September, 2013.

                                _____
                                JOHN T. NIXON, SENIOR JUDGE
                                UNITED STATES DISTRICT COURT