# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JANET MARCELL LEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:12-cv-00506 |
| v. ) | |
| ) | Judge Nixon |
| CAROLYN W. COLVIN, ) | Magistrate Judge Brown |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff Janet Marcell Lee's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 11), filed with a Brief in Support (Doc. No. 11-1). Defendant Commissioner of Social Security filed a Response. (Doc. No. 16.) Subsequently, Magistrate Judge Brown issued a Report and Recommendation ("Report") recommending that the Motion be denied and that the decision of the Commissioner be affirmed. (Doc. No. 24 at 24.) The Report was filed on August 13, 2013, and provided for a period of fourteen days during which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 9th day of September, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT